**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL YABLONSKI,

              Respondent

        v.

KEEVICAN WEISS BAUERLE & HIRSCH
LLC,

              Petitioner

: No. 5 WAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.